ADELINE SMITH, Respondent, *v.* PEERLESS GLASS COMPANY, INC., et al., Appellants.

WILLIAM H. SMITH, Respondent, *v.* PEERLESS GLASS COMPANY, INC., et al., Appellants.

(Submitted June 20, 1932; decided June 21, 1932.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 292.)

EDWARD B. C. SULLIVAN, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

(Submitted June 20, 1932; decided June 21, 1932.)

*John Bright* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.